UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GARY WILLIAM HALLFORD,

        Plaintiff,                      No. C 12-2501 PJH (PR)

  vs.                                    **ORDER OF DISMISSAL**

MARIA RICHARD, et al.,

        Defendants.

       This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

       More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

       **IT IS SO ORDERED.**

Dated: March 6, 2013.

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

G:\PRO-SE\PJH\CR.12\Hallford2501.dsm-mail.wpd